AO 245D (Rev 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **Clinton Ferrier** | Case Number: **1:09CR03078-008JB** |
| | USM Number: **61728-051** |
| | Defendant's Attorney: **Zachary Ives, Appointed** |

THE DEFENDANT:

☒  admitted guilt to violations of condition(s) **Standard, Special, Standard** of the term of supervision.

☐  was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to notify the probation officer at least 10 days prior to any change in residence or employment. | 09/21/2016 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| **5569** | **January 10, 2017** |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| | |
| **1972** | **/s/ James O. Browning** |
| Defendant's Year of Birth | Signature of Judge |
| | |
| | **Honorable James O. Browning** |
| **Aztec, NM** | **United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | |
| | **February 25, 2017** |
| | Date |

AO 245D (Rev 11/16) Judgment in a Criminal Case for Revocations
Sheet 1A                                                                                                       Judgment - Page 2 of 3

DEFENDANT: **Clinton Ferrier**
CASE NUMBER: **1:09CR03078-008JB**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant failed to participate in and succesfully complete an outpatient substance abuse treatment program approved by the probation officer, which may include testing. | 10/2016 |
| Standard Condition | The defendant failed to answer truthfully to all inquiries by the probation officer and failed to follow the instructions of the probation officer. | 10/25/2016 |

DEFENDANT: **Clinton Ferrier**
CASE NUMBER: **1:09CR03078-008JB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **5 days or time served, whichever is less** .

**For the reasons stated on the record at the hearing held January 10, 2017, the Court varies downward.**

**A term of supervised release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at  on .
    ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL